## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BLAYNE PRASSEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT AT LAW

Plaintiff, BLAYNE PRASSEL, by and through his attorneys, WISE MORRISSEY, LLC, complaining of defendant, UNITED STATES OF AMERICA, for his Complaint at Law, states as follows:

## JURISDICTION AND VENUE

1. This is an action for negligence in the operation of a motor vehicle by an employee of the United States Postal Service that occurred on August 25, 2018.

2. Jurisdiction of this Court is proper under 28 U.S.C. § 1331 and 28 U.S.C. §1343.

3. Because the occurrence took place within the Northern District of Illinois, venue is proper in this District.

4. On August 12, 2019, plaintiff filed a claim for injury with the United States Postal Service, a copy of which is attached hereto.

5. To date, the United States Postal Service has not adjudicated the claim for damage and injury filed by plaintiff, BLAYNE PRASSEL.

## **COUNT I - NEGLIGENCE**

1. United States Postal Service is an independent establishment of the executive branch of the United States Federal Government; that pursuant to 39 U.S.C. § 409(c), the Federal Tort Claims Act is applicable to the United States Postal Service; that pursuant to 28 U.S.C. §26749(a), the United States is the only properly named defendant in a Federal Tort Claims Act lawsuit; and, that the United States waives sovereign immunity in the matter pursuant to the Federal Tort Claims Act.

2. On and before August 25, 2018, plaintiff, Blayne Prassel, resided in Lake County, Illinois.

3. On and before August 25, 2018, Paulette Massong resided in Lake County, Illinois.

4. At all times mentioned herein, Paulette Massong was employed by the United States Postal Service.

5. At all times mentioned herein, Paulette Massong was acting within the course and scope of her employment with the United States Postal Service and in furtherance of the business of the United States Postal Service.

6. On and before August 25, 2018, Deep Lake Road, was a roadway running in a north and south direction in Lake Villa, Illinois.

7. On and before August 25, 2018, Grass Lake Road was a roadway running in an north and south direction in Lake Villa, Illinois.

8. On August 25, 2018, Paulette Massong was driving a vehicle southbound on Deep Lake Road, in Lake Villa, Illinois, delivering mail on behalf of the United States Postal Service.

9. On August 25, 2018, plaintiff, Blayne Prassel was driving his vehicle southbound on Deep Lake Road, at or near its intersection with Grass Lake Road.

10. At the aforementioned time and place, Paulette Massong rear ended plaintiff, Blayne Prassel, and caused a collision between the two vehicles.

11. On and before August 25, 2018, Paulette Massong, as the agent and/or employee of defendant, UNITED STATES OF AMERICA, had a duty to exercise ordinary care and caution in the operation of her vehicle.

12. On August 25, 2018, Paulette Massong, as the agent and/or employee of defendant, UNITED STATES OF AMERICA, was guilty of one or more of the following acts and/or omissions:

  (a) Operated her vehicle without keeping a proper and sufficient lookout; or

  (b) Proceeded at speed which was greater than reasonable and proper with regard to traffic conditions and the use of the highway, or which endangered the safety of persons or property, in violation of 625 ILCS 5/11-601; or

  (c) Failed to decrease speed so as to avoid colliding with another vehicle or person, in violation of 625 ILCS 5/11-601; or

  (d) Failed to give audible warning with the horn when such warning was reasonably necessary to insure safety, in violation of 625 ILCS 5/12-601; or

  (e) Was otherwise careless and negligent.

13. As a proximate result of one or more of the aforesaid negligent acts and/or omissions, plaintiff, Blayne Prassel, sustained injuries of a personal, pecuniary and permanent nature and damages to the vehicle he owned.

WHEREFORE, plaintiff, BLAYNE PRASSEL, prays for judgment against defendant, UNITED STATES OF AMERICA, in the amount of Seven Million Five Hundred Thousand

Nine Hundred Ninety-Eight Dollars and Twenty-Three Cents, as will be just and proper compensation for the injuries suffered, plus costs.

                                                                Respectfully submitted,

                                                                s/David C. Wise
                                                                David C. Wise #06217063
                                                                Wise Morrissey
                                                                Attorneys for Plaintiff
                                                                161 North Clark Street
                                                                Suite 3250
                                                                Chicago, Illinois  60601
                                                                (312) 580-2040
                                                                (312) 580-2041
                                                                dcw@wisemorrissey.com,
                                                                as@wisemorrissey.com